VAN GORDER, Respondent, v. HELMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Greenleaf S. Van Gorder against Frederick D. Helmer, as, etc.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the facts and circumstances disclosed by the evidence made the question of the genuineness of the note one of fact, which ought to have been submitted to the jury.

WILLIAMS, J., concurs in result only.

VILAS NAT. BANK OF PLATTSBURGH, Respondent, v. ROCKLAND LAKE TRAP ROCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by the Vilas National Bank of Plattsburgh against the Rockland Lake Trap Rock Company. No opinion. Judgment unanimously affirmed, with costs.

VOLLMER, Respondent, v. BRUSH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Edward R. Vollmer against George S. Brush and others. No opinion. Motion denied.

VON HOFE, Respondent, v. McCABE, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Richard Von Hofe against Patrick McCabe. C. E. Hunter, for appellant. J. A. Kelly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VOSE, Appellant, v. GRAY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Clarissa Vose against Davis S. Gray and another. No opinion. Judgment affirmed, with costs.

WADSWORTH, Respondent, v. GRANT et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Nellie Wadsworth against William E. Grant and Thomas Hubbard. No opinion. Judgment and order unanimously affirmed, with costs.

WALKER et al., Respondents, v. WINTERS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 5, 1906.) Action by Fred Walker and others against Edward Winters and another.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, on the ground that exceptions to the charge and to the reception of evidence present reversible errors, particularly in the charge that the defendants were required to use the best mechanical appliances and contrivances known in that locality, designed to prevent the escape of sparks and live coals.

WARD, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Kate Ward, as administratrix of the goods, chattels, and credits which were of Morris Ward, deceased, against the Brooklyn Heights Railroad Company. No opinion. Motion granted, and case set down for reargument on January 8, 1907.

WARNIER, Appellant, v. BAYERLE, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Maurice Warnier against Louisa A. Bayerle. A. H. Holbrook, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN et al., Respondents, v. DICKINSON, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Ogle T. Warren and others against Charles C. Dickinson.

PER CURIAM. Judgment unanimously affirmed, with costs.

PARKER, P. J., not sitting.

WATSON et al., Respondents, v. CHILBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by William Watson and another against John E. Chilberg and another. D. Emery, for appellants. J. A. Garver, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

WEDEMEYER, Appellant, v. DRUMMOND, Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by William Wedemeyer against Watson Drummond, as administrator, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

WEEKS v. COE. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) In the matter of judgment moneys recovered in action of Count W. Weeks against E. Holloway Coe, as executor of the estate of E. Frank Coe, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 97 N. Y. Supp. 704, 98 N. Y. Supp. 1116.

WEINBERG et al. v. SCHRANK et al. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Max Weinberg and another against Pincus Schrank and another. No opinion. Motion denied. Order filed.

In re WEISELL. (Supreme Court, Appellate Division, First Department. December 21, 1906.) In the matter of William Weisell, deceased. H. White, for appellant. J. M. Proskauer, for respondent. No opinion. Order af-